David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
JENNER & BLOCK LLP
633 W. 5th Street, Suite 3600
Los Angeles, CA 90071
Phone:      (213) 239-2206
Facsimile:  (213) 239-5199

Craig C. Martin (pro hac vice)
cmartin@jenner.com
Matthew R. Devine (pro hac vice)
mdevine@jenner.com
Brienne M. Letourneau (pro hac vice)
bletourneau@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone:      (312) 222-9350
Facsimile:  (312) 527-0484

Attorneys for Defendant Sempris, LLC
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SOLORIO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRIS, LLC d/b/a PROVELL, INC. d/b/a TASTE FOR SAVINGS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05473-AB-PLA<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[Proposed Order filed concurrently herewith]<br><br>Judge: Hon. André Birotte, Jr.<br><br>Complaint Filed: June 24, 2019 |

1

WHEREAS, on June 24, 2019, Plaintiff Diana Solorio filed the above-captioned action on behalf of herself and all others similarly situated against Defendant Sempris, LLC ("Sempris") (collectively, the "Parties"); and

WHEREAS, after reviewing documents produced in informal discovery, Plaintiff believes the risk of pursuing her claims are much higher than she previously believed;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through the undersigned attorneys for the Parties:

1. With the filing of this stipulation, the Parties agree that this action shall be dismissed with prejudice;

2. The Parties agree that each Party shall bear her or its own costs and attorneys' fees in this action;

3. The Parties respectfully request that the Court enter an order dismissing the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members;

4. The Parties agree to the form of the attached Proposed Order.

Dated: October 3, 2019                    Respectfully submitted,

                                                JENNER & BLOCK LLP

                                                By:   s/ David R. Singer            _
                                                       David R. Singer
                                                     *Attorney for Defendant*

| | |
|---|---|
| Dated: October 3, 2019 | Respectfully submitted, |
| | KAZEROUNI LAW GROUP, APC |
| | By:   s/ Jason A. Ibey _____ |
| |      Jason A. Ibey |
| |      *Attorney for Plaintiff* |

KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fisher Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523


NORDEAN LAW, APC
Sam Nordean, Esq. (SBN: 284398)
sam@nordeanlaw.com
245 Fisher Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (949) 236-6296
Facsimile:    (888) 254-3222

3