JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SOLORIO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMPRIS, LLC d/b/a PROVELL, INC. d/b/a TASTE FOR SAVINGS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-05473-AB-PLA<br><br>ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. André Birotte Jr.<br><br>Complaint Filed: June 24, 2019 |

1

Having reviewed and considered the Joint Stipulation of Dismissal With Prejudice, the Court hereby orders that Plaintiff Diana Solorio's Complaint be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties to an action may dismiss the action without a court order by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Federal Rule of Civil Procedure 23(e) provides that the claims of a certified class "may be settled, voluntarily dismissed, or compromised only with the court's approval." Because no class has been certified in this action, the requirements of Rule 23(e) do not apply to the Joint Stipulation.

The Court concludes that it is appropriate to approve the Joint Stipulation and to dismiss Plaintiff's individual claims with prejudice.

IT IS SO ORDERED.

Dated: October 10, 2019

The Honorable André Birotte Jr.
U.S. District Court Judge

2